Name: Sanaz Naseri, In Pro Per
Address: 940 Washington Street
San Francisco, CA 94108
Phone | (408) 500-7319
Email: Fnaseri03@gmail.com

FILED
NOV 25 2025
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JURISDICTION

| | |
|---|---|
| SANAZ NASERI, IN PRO PER,<br>Plaintiff.<br>v.<br>UNITED PARCEL SERVICE, INC.,<br>Defendant. | Case No.: 3:25-cv-09638-RFL<br><br>**PLAINTIFF SANAZ NASERI'S OPPOSITION TO DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS AND RESPECTFUL REQUEST THAT THE COURT DENY DEFENDANT'S MOTION TO DISMISS** |

Note Regarding Title Change and Docket Correction

For clarity and to ensure the docket accurately reflects the content of this filing, I respectfully notify the Court that the November 17, 2025 filing currently reflected on the docket as:

"MOTION to Remand filed by Sanaz Naseri. Responses due by 12/1/2025. Replies due by 12/8/2025. (Attachments: #1 Proposed Order)" is incomplete and does not accurately describe the filing. The original filing subject was:

**"PLAINTIFF'S COMBINED MOTION TO REMAND, OPPOSITION TO DEFENDANT'S MOTION TO DISMISS, AND RESPECTFULREQUEST THAT THE COURT REJECT DEFENDANT'S MOTION TO DISMISS"**

To correct the docket and ensure that deadlines and the full purpose of the filing are clear, I am submitting this filing with the correct case number reflected and an updated document title:

**"PLAINTIFF SANAZ NASERI'S OPPOSITION TO DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS AND RESPECTFUL REQUEST THAT THE COURT DENY DEFENDANT'S MOTION TO DISMISS"**

This change is administrative only. The contents of the filing remain the same as originally submitted. I am refiling to ensure the court and the docket correctly reflect the purpose of this filing, so that no deadlines are missed due to an error in the title, and to support my pending Motion to Remand.

Respectfully,

Sanaz Naseri, In Pro Per

**KEY POINTS SUMMARY**

1. **UPS's removal was untimely, procedurally defective, and done after default**, demonstrating bad faith.
2. **The case involves California state law claims**: assault, battery, harassment, retaliation, FEHA/ADA disability issues, negligent supervision, unsafe workplace conditions, and workers' compensation retaliation.
3. **UPS attempted to block lawful state-court default** and silence Plaintiff from presenting the years of violence, retaliation, and permanent disability.
4. **The injury on July 2, 2025 caused medical collapse and ongoing disability**, directly resulting from UPS's actions.
5. Plaintiff **repeatedly reported misconduct** to HR, Security, Police, OSHA, and the Union, yet UPS **failed to protect** and retaliated.
6. Plaintiff **requests respectful remand** to San Francisco Superior Court and **full denial of UPS's Motion to Dismiss.**

---

## I. INTRODUCTION

I, **Sanaz Naseri**, am the Plaintiff in this action. I filed this lawsuit in the **Superior Court of California, County of San Francisco** (Case No. CGC-25-627292) because the harm I suffered at **United Parcel Service, Inc. ("UPS")** consisted of:

- **Repeated physical assaults**

- **Repeated sexual assaults**
- **Ongoing harassment and retaliation**
- **Severe discrimination based on national origin, although I am a US citizen**
- **Workplace violence resulting in permanent disability**
- **Failure to protect my safety despite multiple reports to HR, Security, Police, OSHA, and the Union**

These violent incidents began around 2019 and continued for several years, including the **injury on July 2, 2025**, which caused a **medical collapse, blackout, and inability to work**, resulting in ongoing disability.

Because these are **California personal injury and FEHA claims**, they belong in **California state court**, not federal court.

On **November 10, 2025**, I filed a **Request for Entry of Default** against UPS in state court because UPS failed to respond within the legally required time. **Default was properly requested and entered.**

UPS then attempted **removal to federal court after default**, using a removal notice that:

- **Had no federal case number**
- **Had no judge name**
- **Had no file stamp**
- **Was not filed in federal court at the time it was sent**
- **Did not inform the Superior Court of San Francisco**

UPS only opened the federal case **after I filed default.**

**The removal is therefore:**

❌ **Untimely**

❌ **Procedurally defective**

❌ **Attempted after default**

❌ **Done in bad faith to block my default**

❌ **Done in bad faith to silence me from the damages I sustained from 2019 to 2023, including surgery in 2023 and permanent disability**

✘ **They did not serve me properly and attempted to stop my default; I received everything after my default**

✘ **Even the default removal notice served on me had no case number and was not filed**

For all these reasons, I **respectfully request** that this case be **remanded to San Francisco Superior Court.**

Because UPS has filed a Motion to Dismiss, I also **respectfully submit my Opposition** — but I **respectfully request** that the Court **address the Motion to Remand first**, because **jurisdiction must be resolved before any Rule 12 motion may be considered.**

---

**II. REQUEST FOR THE COURT TO ADDRESS REMAND FIRST**

I, **Sanaz Naseri, respectfully request** that the Court first resolve my pending **Motion to Remand**. UPS's Motion to Dismiss should **not** be reached until **jurisdiction is determined.**

**Reasons why jurisdiction must be resolved first:**

- I chose a **California forum**, and most claims arise under **California state law**
- My case involves **assault, battery, harassment, retaliation, ADA/FEHA disability issues, negligent supervision, unsafe workplace conditions, and workers' compensation retaliation**
- UPS attempted **removal after default**
- The first removal notice had **no case number** and was **not filed**
- Most facts occurred at **UPS facilities in San Francisco County**
- I automatically received a **State of California CRD Right-to-Sue (9/17/2024)**, confirming these claims belong in state court

---

**III. FACTUAL BACKGROUND**

**A. Long History of Harassment, Assault, Violence, and Retaliation**

From 2019–2023, UPS managers and employees subjected me to:

- **Sexual assaults**
- **Physical assaults**

- **Stalking**
- **Harassment**
- **Threats**
- **Unsafe work assignments**
- **Retaliation for reporting violations**

**Consequences:**

- **Surgery in 2023**
- **Ongoing workers' compensation treatment**
- **PTSD**
- **Anxiety**
- **Permanent disability**

I repeatedly reported the violence to:

- **Police**
- **HR**
- **UPS Security**
- **OSHA**
- **Union representatives**

UPS **failed to protect me**, retaliated against me, and issued **disciplinary actions and threats of termination.**

**B. National Origin Discrimination**

Although I am a **U.S. citizen**, UPS management repeatedly targeted my **national origin**, constantly reminding me that I was **not born in the USA** and using it against me.

UPS management told me:

**"Go back to Iran."**

They **mocked my accent**, **mocked my heritage**, and repeatedly reminding me that I was **"not born in the USA."** They also **denied me promotion opportunities** that were instead given to **far less-qualified individuals.**

---

**C. Injury on July 2, 2025**

UPS assigned me to work with **two known harassers — despite union warnings**, causing:

- **Severe panic attack**
- **Blackout**
- **Physical fall**
- **Medical collapse**

I was forced onto **disability leave** with medical certification and lost my **full income.**

---

**D. UPS Ignored My Accommodation Requests**

I requested:

- **No overnight shifts between 12 AM – 7 AM** (UPS forced me anyway)
- **Equal promotion opportunities** without illegal requirements
- **Transfer to Oakland** for safety and medical reasons

UPS **denied all three.**

---

**E. Procedural Facts Supporting Remand**

- UPS was **served October 10, 2025**
- UPS filed **no response**
- On **November 10**, I filed my **Request for Default**
- UPS attempted **removal only after default**
- UPS's first removal notice had **no case number, no judge, no federal stamp**

- UPS only opened the federal case **after default**
- UPS **never properly notified the state court**

This demonstrates **intentional bad-faith forum manipulation.**

---

## IV. DAMAGES

The harm I suffered includes:

- **Repeated sexual assaults**
- **Physical assaults**
- **Stalking and threats**
- **Intentional harassment**
- **Denial of accommodations**
- **Retaliation for reporting misconduct**
- **Permanent disability**
- **Psychological trauma**
- **Medical collapse on 7/2/25**

These are **state tort and state FEHA claims**, not federal-only claims.

---

## V. LEGAL BASIS FOR REMAND

Under 28 U.S.C. § 1446, removal is defective because:

- UPS removed **after default**
- UPS's notice of removal was **not filed when sent**
- UPS attempted removal to **avoid a pending state default**
- My claims are overwhelmingly **state-law claims**

California state courts have strong jurisdiction over:

- **Assault and battery**
- **Negligent supervision**

- **Workplace violence**
- **FEHA discrimination and retaliation**
- **ADA/FEHA accommodation claims**
- **Workers' compensation retaliation**
- **Personal injury at the workplace**

I **respectfully request remand** so these claims can be heard in the **proper state forum.**

---

## VI. OPPOSITION TO UPS'S MOTION TO DISMISS

If the Court chooses to consider UPS's Motion to Dismiss, I **respectfully oppose** it.

My complaint:

- **Meets all pleading standards**
- Contains **detailed facts**
- Includes **dates, names, incidents, and injuries**
- Alleges **multiple valid claims**
- Supported by **EEOC and CRD Right-to-Sue notices**
- Includes **OSHA complaints, union grievances, and medical records**

UPS's motion is **premature** because **jurisdiction remains unresolved.**

UPS is attempting to **silence me, avoid liability, and block my state default** by **removal in bad faith.**

---

## VI-A. STRONG AND FORMAL REQUEST THAT THE COURT REJECT DEFENDANT'S MOTION TO DISMISS

I, **Sanaz Naseri, respectfully but firmly request** that this Court **fully reject UPS's Motion to Dismiss** because:

- UPS removed this case in **bad faith** solely to block my **lawful state-court default**
- UPS **did not properly serve me** and sent **defective, unfiled removal papers**

- UPS did **not inform the San Francisco Superior Court**
- UPS is attempting to **silence me** from presenting **years of violence, retaliation, and disability-related harms**
- UPS is attempting to **escape liability for permanent injuries**, including **2023 surgery** and **July 2, 2025 collapse**
- UPS improperly uses **Rule 12(b)(6) to suppress the truth**
- My complaint is **well-pled, detailed, and supported by evidence**

Because this removal was **defective, untimely, and after default**, UPS cannot benefit from its own misconduct.

**I respectfully request** that the Court:

- **DENY UPS's Motion to Dismiss in its entirety**
- **ALLOW my claims to proceed in the San Francisco Superior Court**
- **PROTECT my rights as a pro se plaintiff**
- **RECOGNIZE the seriousness of the years-long pattern of violence, discrimination, and retaliation**

---

**VII. DECLARATION OF SANAZ NASERI**

I, **Sanaz Naseri**, declare:

- The statements in this filing are **true and based on my personal knowledge**
- I suffered **severe harassment, assaults, and retaliation at UPS**
- UPS **failed to protect me** despite numerous reports
- UPS **retaliated against me** for reporting misconduct
- My **July 2, 2025 injury** was caused by UPS assigning me to work with **harassers**
- UPS's removal was **untimely and attempted after default**
- UPS **did not properly serve me** and attempted to **stop my default**
- **I respectfully request remand**

Executed November ___, 2025

San Francisco, California

/s/ Sanaz Naseri

**Sanaz Naseri, In Pro Per**

---

**VIII. CONCLUSION**

I, **Sanaz Naseri, respectfully request** that this Court:

- **Remand this case to San Francisco Superior Court**
- Find that UPS's removal was **untimely, procedurally defective, done in bad faith, and intended to silence me and block my default**
- **Reject and deny UPS's Motion to Dismiss in full**
- **Decline to reach UPS's Motion to Dismiss until jurisdiction is resolved**

Respectfully submitted,

**Dated: November 25, 2025**

______________________________

/s/ Sanaz Naseri
Sanaz Naseri
Plaintiff, In Pro Per
940 Washington Street
San Francisco, CA 94108
(408) 500-7319
fnaseri03@gmail.com